## FOX v. EALER.

### December 18, 1837.

*Rule to show cause why the submission should not be made a rule of court.*

If parties in a cause pending, submit all matters in variance between them to arbitrators, without agreeing that the submission shall be made a rule of court, the court will not grant an application to make the same a rule of court.

[Fox v. Ealer.]

THIS was a suit brought to June term, 1835, No. 441. While the cause was pending, to wit on January 27th, 1837, the parties entered into a bond, and submission to arbitrators, of "all matters in variance between them." The submission was not entitled in the cause pending, nor did it contain any reference to it. The arbitrators awarded in favour of the plaintiff 555 dollars 2 cents.

The plaintiff then obtained a rule to show cause why the submission should not be made a rule of court.

*H. Hubbell,* for plaintiff.
*Goodman,* for defendant.

Authorities cited: *Watson on Arb.* 31, 140; Act of 16th June, 1836, relating to reference, &c., (*Stroud's Purd. tit. Arbitration*); 3 *Watts* 320, 329; 2 *Watts* 471; 4 *Wash. C. C. R.* 325; 1 *Dall.* 364.

PER CURIAM.—This rule must be discharged. The first, second, and third sections of the act of 16th June, 1836, contemplate that the parties shall *agree* that the submission shall be made a rule of court. Here there is no such agreement. Our act is evidently framed on the basis of the provisions of the statute of the 9th and 10th William III. cap. 15, which have been repeatedly construed to require an agreement that the submission shall be made a rule of court, before it will be made so. *Wats. on Arb.* 25.

Rule discharged.

